Monica SERWAAH, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 09–1952.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 15, 2010.

Decided: June 25, 2010.

Fatai A. Suleman, Amity, Kum & Sule-
man, PA, Greenbelt, Maryland, for Peti-
tioner. Tony West, Assistant Attorney
General, Ethan B. Kanter, Senior Litiga-
tion Counsel, Jeffrey L. Menkin, Office of
Immigration Litigation, United States De-
partment of Justice, Washington, D.C., for
Respondent.

Before SHEDD and DAVIS, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Petition dismissed in part and denied in
part by unpublished PER CURIAM
opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Monica Serwaah, a native and citizen of
Ghana, seeks review of an order of the
Board of Immigration Appeals dismissing
her appeal of the Immigration Judge's de-
cision denying relief from removal. We
have reviewed the administrative record
and find that Serwaah's procedural due
process claim, her challenge to the denial

of voluntary departure, and her claim that
the time period calculation for the relief
sought was miscalculated were not proper-
ly exhausted before the Board, and thus
are not subject to review. See 8 U.S.C.
§ 1252(d)(1) (2006). Next, we have consid-
ered Serwaah's challenge to the agency
finding that she failed to qualify for cancel-
lation of removal and find her claims to be
without merit. See 8 U.S.C.
§ 1229b(b)(1)(B) (2006).

Accordingly, we dismiss in part and
deny in part the petition for review. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*PETITION DISMISSED IN PART
AND DENIED IN PART.*